FILED
CLERK, U.S. DISTRICT COURT

05/26/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVERYMD.COM LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 2:16-cv-01424-RAO<br><br>Judge: Hon. Rozella A. Oliver<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

　　Pursuant to Fed. R. Civ. P. 41(a), Plaintiff EveryMD.com LLC and Defendant LinkedIn Corporation, parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation of dismissal. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

　　1.　All claims and counterclaims between the moving parties are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Order of Dismissal with Prejudice.

**IT IS SO ORDERED**.

Dated: May 26, 2016

_____
Hon. Rozella A. Oliver
United States Magistrate Judge